UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE UNITED STATES of AMERICA for the Use and Benefit of NUCOR BUILDING SYSTEMS TEXAS, A DIVISION OF NUCOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PENN CONSTRUCTION GROUP, INC., a Wisconsin corporation; KORTE CONSTRUCTION COMPANY d/b/a THE KORTE COMPANY, a Missouri Corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation,<br><br>Defendants. | Case No. CIV-23-310-JD |

## COMPLAINT

### I. JURISDICTIONAL ALLEGATIONS

COMES NOW the Plaintiff, The United States of America for the use and benefit of Nucor Building Systems Texas, A Division of Nucor Corporation ("Nucor") and for its Complaint against the Defendants, Penn Construction Group, Inc. ("Penn Construction"), Korte Construction Company d/b/a The Korte Company ("Korte"), Travelers Casualty and Surety Company of America ("Travelers"), and Old Republic Surety Company ("Old Republic") alleges and states:

1. Plaintiff is a corporation organized and existing under the laws of the State of Texas with its principal place of business located in the State of Texas.

2. Defendant Penn Construction is, upon information and belief, a Wisconsin corporation.

3. Defendant Korte is, upon information and belief, a Missouri corporation.

1

4. Defendant Travelers is, upon information and belief, a Connecticut corporation.

5. Defendant Old Republic is, upon information and belief, a Wisconsin corporation.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, 40 U.S.C. § 1331, and 40 U.S.C. § 1333 (b)(3)(B) (hereinafter "the Miller Act"), and pursuant to 40 U.S.C. § 3131(3). Plaintiff has standing to bring this action under the Miller Act.

7. This Court has diversity jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1332.

8. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

9. Plaintiff's claims arise out of and relate to a construction project at Tinker Air Force Base in Oklahoma City, Oklahoma (the "TAFB Project").

10. Venue is proper pursuant to 40 U.S.C. § 3133(b)(3)(B) and 28 U.S.C. § 1391(b)(2).

## II. FIRST CAUSE OF ACTION – OPEN ACCOUNT AS TO GOVERNMENT CONTRACT # W912BV19C0017

COMES NOW the plaintiff and for its First Cause of Action against Defendant, Penn Construction alleges and states:

11. Plaintiff reasserts and realleges the allegations contained in Paragraphs 1 through 10 of its Complaint.

12. Plaintiff and Penn Construction entered into a contract for plaintiff to provide materials to Penn Construction for use on the TAFB Project referencing Government Contract #W912BV19C0017.

13. Between October 30, 2020 to April 14, 2022 Plaintiff sold and delivered materials to Penn Construction at the TAFB Project in connection with Penn Construction's work at the TAFB Project.

14. Plaintiff furnished materials and supplies to Penn Construction in the sum of $94,955.32, as shown on the Statement of Account attached as Exhibit 1.

15. Penn Construction has failed and refused to pay Plaintiff for said sum and is in default on its obligations to Plaintiff on the contract.

16. Plaintiff is entitled to judgment against Penn Construction in the amount of $94,955.32, plus attorney's fees, costs and interest accrued and accruing at the rate of 18 % per annum.

### III. SECOND CAUSE OF ACTION – OPEN ACCOUNT AS TO GOVERNMENT CONTRACT # W912BV19C0015

COMES NOW the plaintiff and for its Second Cause of Action against Defendant, Penn Construction alleges and states:

17. Plaintiff reasserts and realleges the allegations contained in Paragraphs 1 through 16 of its Complaint.

18. Plaintiff and Penn Construction entered into a contract for plaintiff to provide materials to Penn Construction for use on the TAFB Project referencing Government Contract #W912BV19C0015.

19. Between September 3, 2021 to April 12, 2022 Plaintiff sold and delivered materials to Penn Construction at the TAFB Project in connection with Penn Construction's work at the TAFB Project.

20. Plaintiff furnished materials and supplies to Penn Construction in the sum of $448,552.15, as shown on the Statement of Account attached as Exhibit 2.

21. Penn Construction has failed and refused to pay Plaintiff for said sum and is in default on its obligations to Plaintiff on the contract.

22. Plaintiff is entitled to judgment against Penn Construction in the amount of $448,552.15, plus attorney's fees, costs and interest accrued and accruing at the rate of 18 % per annum.

### IV. THIRD CAUSE OF ACTION – MILLER ACT PAYMENT BOND #107140852

COMES NOW the plaintiff and for its Third Cause of Action against Defendants, Penn Construction, Korte and Travelers, alleges and states:

23. Plaintiff reasserts and realleges the allegations contained in Paragraphs 1 through 22 of its Complaint.

24. Plaintiff is precluded from filing a lien against the underlying real property upon which the TAFB Project is situated as the Project is a federally-funded public project.

25. Pursuant to 40 U.S.C. § 3131 *et. seq.*, Korte and Travelers furnished a payment bond in favor of the United States of America in the penal sum of $72,827,332.00 for the benefit of any unpaid laborers or materialmen on the TAFB Project (the "Bond #107140852").

26. A copy of the Payment Bond #107140852 is attached hereto as Exhibit 3.

27. Plaintiff timely notified defendant Travelers of the failure of Penn Construction to pay plaintiff.

28. Travelers is the surety on the Bond #107140852 and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

29. Korte is the principal on the Bond #107140852 and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

30. Plaintiff furnished materials and supplies on the TAFB Project for which it has not

been paid and therefore Plaintiff is entitled to judgment in the amount of $94,955.32, on the Payment Bond #107140852 issued by Korte and Travelers, plus attorney's fees, costs and interest.

## V.  FOURTH CAUSE OF ACTION – MILLER ACT PAYMENT BOND #107140798

COMES NOW the plaintiff and for its Fourth Cause of Action against Defendants, Penn Construction, Korte and Travelers, alleges and states:

31. Plaintiff reasserts and realleges the allegations contained in Paragraphs 1 through 30 of its Complaint.

32. Plaintiff is precluded from filing a lien against the underlying real property upon which the TAFB Project is situated as the Project is a federally-funded public project.

33. Pursuant to 40 U.S.C. § 3131 *et. seq.* , Korte and Travelers furnished a payment bond in favor of the United States of America for the benefit of any unpaid laborers or materialmen on the TAFB Project (the "Bond #107140798").

34. Plaintiff timely notified defendant Travelers of the failure of Penn Construction to pay plaintiff.

35. Travelers is the surety on the Bond #107140798 and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

36. Korte is the principal on the Bond #107140798 and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

37. Plaintiff furnished materials and supplies on the TAFB Project for which it has not been paid and therefore Plaintiff is entitled to judgment in the amount of $448,552.15 on the Payment Bond #107140798 issued by Korte and Travelers, plus attorney's fees, costs and interest.

## VI. FIFTH CAUSE OF ACTION – SUBCONTRACTOR PAYMENT BOND

COMES NOW the plaintiff and for its Fifth Cause of Action against Defendant, Old Republic Surety Company, alleges and states:

38. Plaintiff reasserts and realleges the allegations contained in Paragraphs 1 through 37 of its Complaint.

39. Defendants Penn Construction and Old Republic furnished a Subcontractor Labor and Material Payment Bond ("Subcontractor Bond") in favor of Korte Construction Company in the penal sum of $4,329,978.84 for the benefit of subcontract work described therein on the TAFB Project, Prime Contract Number W912BV-19-C-0015.

40. A copy of the Subcontract Bond is attached hereto as Exhibit 4.

41. Plaintiff is a claimant as defined in the Subcontract Bond.

42. Plaintiff timely notified defendant Old Republic Surety Company of the failure of Penn Construction to pay plaintiff.

43. Old Republic is the surety on the Subcontractor Bond and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

44. Penn Construction is the principal on the Subcontractor Bond and should therefore be required to appear herein and establish its position with respect to Plaintiff's claim.

45. Plaintiff furnished materials and supplies on the TAFB Project for which it has not been paid and therefore Plaintiff is entitled to judgment in the amount of $448,552.15, on the Subcontractor Bond issued by Penn Construction and Old Republic Surety Company, plus attorney's fees, costs and interest.

## COMBINED PRAYER

WHEREFORE, Plaintiff Nucor Building Systems Texas prays judgment against the defendants as follows:

A. Judgment for Plaintiff on Plaintiff's First Cause of Action against Defendant Penn Construction Group, Inc., in the principal sum of $94,955.32, plus attorney's fees, costs and interest at the rate of 18% per annum;

B. Judgment for Plaintiff on Plaintiff's Second Cause of Action against Defendant Penn Construction Group, Inc., in the principal sum of $448,552.15, plus attorney's fees, costs and interest at the rate of 18% per annum;

C. Judgment for Plaintiff on Plaintiff's Third Cause of Action on the Payment Bond #107140852 issued by Korte Construction Company d/b/a The Korte Company and Travelers Casualty and Surety Company of America in the sum of $94,955.32, plus attorney's fees, costs and interest at the rate of 18% per annum;

D. Judgment for Plaintiff on Plaintiff's Fourth Cause of Action on the Payment Bond #107140798 issued by Korte Construction Company d/b/a The Korte Company and Travelers Casualty and Surety Company of America in the amount of $448,552.15, plus attorney's fees, costs and interest at the rate of 18% per annum;

E. Judgment for Plaintiff on Plaintiff's Fifth Cause of Action on the Subcontractor Bond issued by Penn Construction Group, Inc., and Old Republic Surety Company, in the principal sum of $448,552.15, plus attorney's fees, costs and interest at the rate of 18% per annum;

F.  Judgment for all other relief the Court deems just and proper.

>REYNOLDS, RIDINGS, VOGT & McCART, P.L.L.C.
>
>By: s/James Vogt
>James Vogt, OBA #9243
>Lisa Robertson, OBA #16155
>Attorneys for Plaintiff
>101 Park Avenue, Suite 1010
>Oklahoma City, OK 73102
>(405) 232-8131 Phone
>(405) 232-7911 Facsimile
>Jimvogt@rrvmlaw.com
>Lisarobertson@rrvmlaw.com
>*Attorneys for Plaintiff Nucor Building Systems Texas*